BECK LAW OFFICES
Larry Beck
Will Murphy
8884 North Government Way, Suite D
P.O. Box 1390
Hayden, ID 83835-1390
Telephone: (208) 772-4400
Facsimile: (208) 772-7243
larry@becklawidaho.com
Idaho State Bar No. 3751

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE J. BRAINARD and CAROLYN P. BRAINARD, husband and wife,<br><br>                Plaintiffs,<br><br>v.<br><br>CITY OF COEUR D'ALENE, IDAHO, A municipal corporation and political subdivision of the State of Idaho.<br><br>                Defendant. | Case No. 2:21-cv-00073-CWD<br><br>**STATUS REPORT RE SERVICE OF PROCESS**<br><br>Idaho Local Rule 4.1 |

      **COMES NOW** the above entitled Plaintiffs, LEE J. BRAINARD and CAROLYN P. BRAINARD, husband and wife, by and through their attorneys of record, Larry Beck and Will Murphy, of Beck Law Offices, Hayden, Idaho, and hereby file their status report regarding whether service of the summons and complaint has been effectuated or waived. Plaintiffs' counsel states that service of process has not yet been effectuated or waived, but that Plaintiffs' counsel has discussed with Defendants' counsel as to whether or not Defendant wants to waive service of the Summons and Complaint or to instead be personally served with the same. Plaintiffs' counsel expects that he will be able to provide an updated status report of service of process of the Complaint and Summons to the Court in the next two weeks.

DATED this 29th Day of March, 2021

**BECK LAW OFFICES**

<u>*/S/ Lawrence R. Beck*</u>
Lawrence R. Beck
Attorney for Plaintiffs