BECK LAW OFFICES
Larry Beck
8884 North Government Way, Suite D
P.O. Box 1390
Hayden, ID 83835-1390
Telephone: (208) 772-4400
Facsimile: (208) 772-7243
larry@becklawidaho.com
Idaho State Bar No. 3751
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE J. BRAINARD and CAROLYN P. BRAINARD, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF COEUR D'ALENE, IDAHO, A municipal corporation and political subdivision of the State of Idaho,<br><br>Defendant. | Case No. 2:21-cv-00073-DKG<br><br>**PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE AN OVERLENGTH RESPONSE BRIEF AND STATEMENT OF DISPUTED FACTS IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - <u>UNOPPOSED</u>** |

  **COME NOW** the above entitled Plaintiffs, Lee Brainard and Carolyn Brainard, husband and wife, by and through their attorney of record, Larry Beck, of Beck Law Offices, Hayden, Idaho, and move the Court for leave to file an overlength statement of disputed facts, and overlength reply brief, in response to Defendant's Motion for Summary Judgment. Said Motion is based upon the fact that Defendant exceeded the 10 pages limit for their statement of facts as set forth in Local Rule 7.1, by 26 pages, and also because there are thousands of pages of discovery documents that have been generated in this matter and it is not possible for Plaintiffs to adequately comment on the key testimony, exhibits and expert witness reports in their statement

Plaintiffs' MTN For Leave to File Overlength Reply Brief and Statement Of Disputed Facts - 1

of disputed facts, and in their reply brief, as well as comment on the significant amount of relevant case law in their brief, without exceeding the page limits allowed by Local Rule 7.1.

Plaintiffs' counsel has been diligently working on preparing Plaintiffs' response submissions and he recognizes in advance that he will need more than the 10 page limit allowed for Plaintiffs' statement of disputed facts, and the 20 page limit allowed for Plaintiff's reply brief, in order to adequately respond to Defendant's brief and submissions. Therefore, Plaintiffs respectfully request leave of Court to file an overlength statement of disputed facts, and overlength reply brief, in response to Defendant's Motion for Summary Judgment. <u>Defense Counsel has informed Plaintiffs' counsel that this motion can be filed as an unopposed motion.</u>

DATED this 26th day of June, 2025.

BECK LAW OFFICES

<u>/s/ Larry Beck</u>
Larry Beck
Attorney for Plaintiffs

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the 26th day of June, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katharine B. Brereton
Lake City Law Group, PLLC
Attorney for Defendant
435 W. Hanley Ave, Ste 101
Coeur d'Alene, ID 83815
Tel: (208) 664-8115
kbrereton@lclattorneys.com

**BECK LAW OFFICES**

By:   */s/ Larry Beck*
     Larry Beck
     Attorney for Plaintiffs
     Beck Law offices
     8884 N. Gov't Way, Ste. D
     Hayden, ID  83835
     Tel:  208 772-4400
     Fax:  208772-7243
     larry@becklawidaho.com