UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE J. BRAINARD and CAROLYN P. BRAINARD, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COEUR D'ALENE, IDAHO, A municipal corporation and political subdivision of the State of Idaho,<br><br>Defendant. | Case No. 2:21-cv-00073-DKG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY (DKT. 82).** |

Before the Court is Defendant's motion for extension of time to file a reply brief on the motion for summary judgment. (Dkt. 82). The parties have agreed to several prior extensions, which the Court has granted. Because the present motion requests a modest one-week extension and for the reasons stated therein, the Court finds good cause has been shown to grant the requested extension of time.

### ORDER

NOW, THEREFORE IT IS HEREBY ORDERED that the motion (Dkt. 82) is **GRANTED** and Defendant has until **August 13, 2025**, to submit its reply brief on the motion for summary judgement.

DATED: August 7, 2025

Honorable Debora K. Grasham
United States Magistrate Judge

**ORDER - 1**